# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELADIO GARCIA-JIMENEZ, individually,<br>ANGEL JIMENEZ-TEJAZ, individually,<br>　　　　　　Plaintiffs,<br>vs.<br>UNITED STATES OF AMERICA,<br>　　　　　　Defendant. | Case No.  2:10-cv-00927-RLH-GWF<br>**ORDER** |

　　　This matter is before the Court on the parties' Stipulation to Stay Case to Process Settlement Paperwork (#21) filed April 15, 2011.  The parties advised they had reached a settlement agreement on April 13, 2011 and anticipated it would take two months to complete the settlement paperwork.  To date, a stipulation of dismissal has not been submitted.  Accordingly,

　　　**IT IS ORDERED** that the parties submit a status report on or before **July 8, 2011**.

　　　DATED this 27th day of June, 2011.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　United States Magistrate Judge