DANIEL G. BOGDEN
United States Attorney

HOLLY A. VANCE
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Tel: (775) 784-5438
Fax: (775) 784-5181

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELADIO GARCIA-JIMENEZ, individually, ANGEL JIMENEZ-TEJAZ, individually, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> Defendant. | Case No. 2:10-CV-00927-RLH-RJJ <br><br><br><br><br> **STIPULATION FOR DISMISSAL AND ORDER THEREON** |

It is hereby stipulated and agreed, by and between the parties, that this action shall be dismissed with prejudice, with the parties to bear their own litigation costs and attorney fees.

Dated: August 15, 2011.

ADAM S. KUTNER, ESQ.
Fassett & Cardoza

_/s/ Adam S. Kutner_
ADAM S. KUTNER
Counsel for Plaintiffs

Dated: August 25, 2011

DANIEL G. BOGDEN
United States Attorney

_/s/ Holly A. Vance_
HOLLY A. VANCE
Assistant United States Attorney

IT IS SO ORDERED:

_/s/ Roger L. Hunt_
UNITED STATES DISTRICT JUDGE